DANIEL SWEENY, Respondent, *v.* JOANNA L. ST. JOHN et al. Appellants.

(Argued October 29, 1885; decided November 24, 1885.)

*A. J. Dittenhoefer* for appellants.

*A. J. Vanderpoel* and *Robert S. Green* for respondent.

Agree to affirm order and for judgment absolute, on stipulation ; no opinion.

All concur.

Judgment accordingly.